# CASE ANNOUNCEMENTS

*April 23, 2008*

[Cite as *04/23/2008 Case Announcements,* 2008-Ohio-1841.]

## MERIT DECISIONS WITHOUT OPINIONS

2008–0093.   **State ex rel. Digiacobbe v. Beasley.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

    MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur. PFEIFER, J., dissents and would grant an alternative writ.

2008–0227.   **State ex rel. Brown v. Bedford Mun. Court.**

In Prohibition. On motion for stay of execution of eviction notice. Motion denied.

On S.Ct.Prac.R. X(5) determination, cause dismissed.

    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2008–0275.   **State ex rel. Coulter v. Maier.**

In Mandamus. On complaint in mandamus of Justin Coulter. On S.Ct.Prac.R. X(5) determination, cause dismissed. Request for attorney fees denied.

    PFEIFER, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

    MOYER, C.J., and LUNDBERG STRATTON, J., concur in dismissing the cause but would grant the request for attorney fees.

2008–0278.   **State ex rel. Collins v. Fuerst.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

    MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur. PFEIFER, J., dissents and would grant the writ.

2008–0349.   **State ex rel. Totten v. Collins.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2008–0361.   **State ex rel. Davis v. Williams.**

In Mandamus. On answer of respondents. On S.Ct.Prac.R. X(5) determination, cause dismissed.

    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2008–0362.   **State ex rel. Lucero v. Ringland.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2008–0364.   **State ex rel. Lucero v. Ringland.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2008–0408.   **State ex rel. Wohl v. Ambrose.**

In Prohibition. On motion for leave to intervene of Michael A. Lingo, Gregory B. Williams, and William C. Glick and respondent's motion to dismiss. Motion to dismiss granted. Motion to intervene denied as moot. Cause dismissed.

    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur. O'DONNELL, J., concurs in dismissing the cause but would grant the motion to intervene.

2008–0501.   **Ealy v. Vore.**

In Habeas Corpus. On petition for expedited writ of habeas corpus of Larry E. Ealy. Sua sponte,